```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MILTON COCHRAN and MARY COCHRAN, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV281 |
| v. | ) ) | |
| THE HERTZ CORPORATION, d/b/a RENT-A-CAR, a corporation; GENERAL MOTORS, LLC; and LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiffs' motion to extend reply brief deadline (Filing No. 32). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted; plaintiffs shall have until January 4, 2012 to file a reply brief to defendant Liberty Mutual Insurance Company's motion for summary judgment.

DATED this 9th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court