IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILTON COCHRAN and MARY COCHRAN, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV281 |
| v. | ) ) | |
| THE HERTZ CORPORATION, d/b/a RENT-A-CAR, a corporation; GENERAL MOTORS, LLC; and LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion to withdraw appearance (Filing No. 34). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Richard P. Lavin, II, is deemed withdrawn as co-counsel for defendant Liberty Mutual Insurance Company.

DATED this 12th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court