IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MILTON COCHRAN and MARY      )
COCHRAN,                     )
                             )
              Plaintiffs,    )              8:11CV281
                             )
         v.                  )
                             )
THE HERTZ CORPORATION, d/b/a )              ORDER
RENT-A-CAR, a corporation;   )
GENERAL MOTORS, LLC; and     )
LIBERTY MUTUAL INSURANCE     )
COMPANY,                     )
                             )
              Defendants.    )
_____)
```

        This matter is before the Court on the motion to
withdraw appearance (Filing No. 34).  The Court finds the motion
should be granted.  Accordingly,

        IT IS ORDERED that the motion is granted; Richard P.
Lavin, II, is deemed withdrawn as co-counsel for defendant
Liberty Mutual Insurance Company.

        DATED this 12th day of December, 2011.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court