IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MILTON COCHRAN and MARY       )
COCHRAN,                      )
                              )
            Plaintiffs,       )         8:11CV281
                              )
      v.                      )
                              )
THE HERTZ CORPORATION, d/b/a  )         ORDER
RENT-A-CAR, a corporation;    )
GENERAL MOTORS, LLC; and      )
LIBERTY MUTUAL INSURANCE      )
COMPANY,                      )
                              )
            Defendants.       )
_____)
```

      This matter is before the Court on the motion for dismissal without prejudice (Filing No. 43).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that the motion is granted; Liberty Mutual Insurance Company is dismissed from this action without prejudice, each party to pay their own costs.

      DATED this 5th day of January, 2012.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court