IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILTON COCHRAN and MARY COCHRAN, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV281 |
| v. | ) ) | |
| THE HERTZ CORPORATION, d/b/a RENT-A-CAR, a corporation; GENERAL MOTORS, LLC; and LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion for dismissal without prejudice (Filing No. 43). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Liberty Mutual Insurance Company is dismissed from this action without prejudice, each party to pay their own costs.

DATED this 5th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court