IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MILTON COCHRAN and MARY        )
COCHRAN,                       )
                               )
             Plaintiffs,       )        8:11CV281
                               )
      v.                       )
                               )
THE HERTZ CORPORATION, d/b/a   )        ORDER
RENT-A-CAR, a corporation; and )
GENERAL MOTORS, LLC,           )
                               )
             Defendants.       )
_____)
```

This matter is before the Court on plaintiffs' motion to amend scheduling order (Filing No. 55), and defendant General Motors LLC's response (Filing No. 59). The Court notes that defendant The Hertz Corporation does not object to the two sixty-day extensions. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion is granted; plaintiffs shall have until August 1, 2012, to provide expert reports.

2) Defendants shall have until September 1, 2012, to provide expert reports.

DATED this 29th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court